IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EARL BRADLEY**                                                                    **PLAINTIFF**

**V.**                              **NO. 3:22-cv-00157-LPR-ERE**

**PATRICIA MARSHALL,** *et al.*                                      **DEFENDANTS**

RECOMMENDED DISPOSITION

## I.    Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Bradley's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

## II.    Discussion

Willie Lee Williams brought this lawsuit on behalf of himself, Eric McGee, and Plaintiff Earl Bradley, an inmate at the Poinsett County Detention Center, under 42 U.S.C. § 1983. *Doc. 1*. Pursuant to Court policy, the Court opened three different lawsuits, including this one for Plaintiff Mr. Bradley.

With the initial filing, Mr. Bradley failed to provide a completed application for leave to proceed *in forma pauperis* (IFP), including a jail account information sheet signed by an authorized official; nor did he pay a filing fee. Accordingly, on July 1, 2022, the Court directed the Clerk of Court to send Mr. Bradley an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 2*. The Court's Order specifically warned Mr. Bradley that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Bradley has not addressed the filing-fee requirement, and the time to do so has passed.

## III.    Conclusion

The Court recommends that Mr. Bradley's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's July 1, 2022 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

Dated this 11th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE